IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT STEVEN PRICE,

    Petitioner,

v.                                     Case No. 5:24-cv-243-AW-HTC

RICKY DIXON,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's September 4, 2025, report and recommendation. ECF No. 20. I have also considered de novo the issues raised in Petitioner's objections. ECF No. 21. After review of all pertinent filings, I conclude the report and recommendation should be adopted, and I now adopt it and incorporate it into this order. The motion to dismiss (ECF No. 16) is GRANTED. Petitioner's objections to the report and recommendation are OVERRULED. The clerk will enter a judgment that says, "The § 2254 petition is dismissed without prejudice based on a failure to exhaust." A certificate of appealability is DENIED.

The clerk will close the file.

SO ORDERED on October 14, 2025.

                                                s/ *Allen Winsor*
                                                Chief United States District Judge